UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID CROSSLAND and DACHEL CROSSLAND, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>EVERGREEN IMPLEMENT, INC., a Washington corporation, and TRAVIS SHOPBELL and "JANE" SHOPBELL, husband and wife, and "JOHN DOE" and "JANE DOE," husband and wife,<br><br>Defendants | NO. CV-07-062-EFS<br><br>**STIPULATION AND ORDER DISMISSING LAWSUIT**<br><br>**Clerk's Action Required** |

COME NOW the parties, by and through counsel, and stipulate to dismissing this case with prejudice and without costs to any party.

DATED this _29th_ day of _October_, 2007.

LAW OFFICE OF WILLIAM J. O'BRIEN

By: _/s/ William J. O'Brien_
William J. O'Brien, WSBA #5907

STIPULATION AND ORDER

DISMISSING LAWSUIT - 1

LAW OFFICE OF WILLIAM J. O'BRIEN
999 THIRD AVENUE SUITE 805
SEATTLE, WA 98104
TELEPHONE (206) 515-4800/FAX (206) 515-4848

1
2                                      Attorneys for Defendants

3
4         DATED this 29th day of October, 2007.
                               DELGADO LAW FIRM, PLLC
5
6
7                        By: _____
                             Ronaldo P. Delgado, WSBA #18873
8                              Attorney for Plaintiffs

9                                 **ORDER**

10
11        THIS MATTER having come before the Court upon the parties' stipulation to dismiss this case with prejudice, it is hereby
12        ORDERED that all claims by all parties in this case be dismissed with prejudice and without costs to any party.
13        DONE IN OPEN COURT this 21st day of November, 2007.

14                                        s/ Edward F. Shea
                                     JUDGE EDWARD F. SHEA
15 Presented By:

16 DELGADO LAW FIRM, PLLC

17
18 By: _____
19     Ronaldo P. Delgado, WSBA #18873
    Attorney for Plaintiffs
20 Approved as to Form, Notice of Presentation Waived:

21 LAW OFFICE OF WILLIAM J. O'BRIEN

22
23 By: _____
    William J. O'Brien, WSBA #5907
24     Attorneys for Defendants

STIPULATION AND ORDER

DISMISSING LAWSUIT - 2

LAW OFFICE OF WILLIAM J. O'BRIEN
999 THIRD AVENUE, SUITE 805
SEATTLE, WA 98104
TELEPHONE (206) 515-4800/FAX (206) 515-4848

STIPULATION AND ORDER

DISMISSING LAWSUIT - 2

LAW OFFICE OF WILLIAM J. O'BRIEN
999 THIRD AVENUE, SUITE 805
SEATTLE, WA 98104
TELEPHONE (206) 515-4800/FAX (206) 515-4848